

June 24, 2014

Clerk, United States Bankruptcy Court
Southern District of Florida
Miami Division

### REQUEST FOR SERVICE OF NOTICES

RE: Debtor(s)    :  Celso Calle and Zenaida Calle
     Case Number   :  14-19195-AJC
     Chapter     :  13
     Secured Creditor :  Wells Fargo Bank, NA
     Loan Number   :  5531

Dear Sir / Madam:

    Would you please add the following interested party to the mailing / service list in the above referenced case:

        Wells Fargo Bank, NA
        c/o Aldridge Connors LLP
        Bankruptcy Department
        Fifteen Piedmont Center
        3575 Piedmont Road, N.E., Suite 500
        Atlanta, GA 30305

    Please provide this office with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

    Thank you for your assistance in this matter.  If you have any questions, please do not hesitate to call me.

        Very Truly Yours,

        /s/ Alice Blanco
        Alice Blanco, Esq.
        Agent for Wells Fargo Bank, NA

cc: Debtor's Counsel
    Trustee
    United States Trustee

Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305
P: 404~994~7400
F: 888~246~7307