# UNITED STATES BANKRUPTCY COURT

### Southern District of Florida (Miami)

In re  Celso Calle and Zenaida Calle _____
     Debtor

Case No.  14-19195
Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**  Wells Fargo Home Mortgage

**Court claim no.** (if known): _____

**Last four digits** of any number you use to identify the debtor's account:  5531

**Date of payment change:**
Must be at least 21 days after date of this notice    10/01/2014

**Uniform Claim Identifier:**    WFCMGE1419195FLS19775531

**New total payment:**
Principal, Interest, and escrow, if any    $544.78

---

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☑ No

☐ Yes.    Attach a copy of the escrow account statement prepared  in a form consistent with applicable nonbankruptcy law.

Describe the basis for the change. If a statement is not attached, explain why:

_____

Current escrow payment: _____    New escrow payment: _____

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No

☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.

If a notice is not attached, explain why:

Current interest rate: _____    New interest rate: _____

Current principal and interest payment: _____    New principal and interest payment: _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No

☑ Yes.    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:    Proposed HAMP Modification – trial payments

Current mortgage payment:    $857.36    New mortgage payment:    $544.78

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim.  As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.          ☐ I am the creditor's authorized agent.
                                (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Deborah Rothschild                                    Date  08/27/2014
  VP of Loan Documentation

Print:  Deborah Rothschild                                  Title  VP of Loan Documentation

Company   Wells Fargo Home Mortgage                 Specific Contact Information:
Address   MAC X7801-014                             P: 800-274-7025
          3476 Stateview Blvd.                      E: NoticeOfPaymentChangeInquiries@wellsfargo.com
          Fort Mill, SC 29715

584859-3ac10e11-23c1-4052-ac8f-75835150e18a

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida (Miami)

Chapter 13 No. 14-19195

In re:

Judge: A. Jay Cristol

Celso Calle and Zenaida Calle

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2014, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

| | |
|---|---|
| Debtor: | Celso Calle |
| | Zenaida Calle |
| | 10933 W Okeechobee Road ;101 |
| | Hialeah Gardens, FL 33018-8117 |
| | |
| Debtor's Attorney: | Robert Sanchez, Esq |
| | 355 W 49 St. |
| | Hialeah, FL 33012 |
| | |
| Trustee: | Nancy K. Neidich |
| | www.ch13herkert.com |
| | POB 279806 |
| | Miramar, FL 33027 |

/s/ Bill Taylor
_____

Authorized Agent

584859-474e976b-27b9-415e-b5e5-8248b4903dc5-

 

**HELPING YOU STAY IN YOUR HOME.**

**You may be able to make your payments more affordable**
**Call 877-685-2354 Ext. 29331 for immediate assistance**



August 12, 2014
CELSO CALLE and ZENAIDA CALLE
10933 WEST OKEECHOBEE ROAD 101
Hialeah, FL  33018                                    Loan No.: ▮▮▮▮▮▮▮

Dear CELSO CALLE and ZENAIDA CALLE,

**Congratulations!** You are approved to enter into a Trial Period Plan under the federal government's Home Affordable Modification Program (HAMP). This is the first step toward qualifying for more affordable mortgage payments. Please read this letter so that you understand all the steps you need to take to modify your mortgage payments.

Please note: As a result of your bankruptcy case, this letter is not an attempt to collect a debt from you or in any way violate any provisions of the United States Bankruptcy Code. This letter has been sent to you for informational purposes only. This is not a bill or a request for payment, or a statement that you are personally obligated in any way to make a payment. Your decision to discuss workout options with Wells Fargo Home Mortgage is strictly voluntary. You are not obligated to pursue any workout options discussed with us. At your request, we will immediately terminate any such discussions should you no longer wish to pursue these options.

**What you need to do...**
To accept this offer, please call us at the phone number listed on this letter no later than 14 calendar days from the date listed at the top of this letter or please  send in your new payment by the due date, as listed below, instead of your normal monthly mortgage payment.

| | |
|---|---|
| 1st payment: $544.78 by | **October 1, 2014** |
| 2nd payment: $544.78 by | **November 1, 2014** |
| 3rd payment: $544.78 by | **December 1, 2014** |

Property value used to make this decision: $119,000.00
Total income used to make this decision: $2,076.00

Please note that your trial period may extend beyond the dates provided. For that reason, continue making your trial period payments in the same amount by the same day of each month you currently make your trial period payments until your home preservation specialist advises that you may move forward with a final modification or that you are no longer eligible for HAMP.

Some reasons for the extension could be tied to other liens you have on your property that may be required to be cleared prior to final approval of your modification. For example, we may need to receive a subordination agreement from the other lenders so that we can maintain our lien position; or if you have a judgment placed on your property you may be required to pay off the lien. If you fail to provide a subordination agreement from another lender or fail to pay off a judgment lien as required, your modification may be denied even if you pay the trial period payments. Also, failure to make all trial period payments as outlined above, including if your trial period payments were extended will result in your Trial Period Plan being denied.

---

**Trial Period Plan Notice**                                                           Doctype 50023
83882MU 04/10 Rev. 01/14

After all trial period payments are timely made and you have submitted all the required documents, your mortgage may be modified. However, if you are in active bankruptcy any conversion to a modification is conditioned on obtaining the bankruptcy court's approval to modify the mortgage or release of the mortgage from inclusion in the bankruptcy. (Your existing loan and loan requirements remain in effect and unchanged during the trial period). **If each payment is not received by Wells Fargo Home Mortgage in the month in which it is due, this offer will end and your loan will not be modified under the Making Home Affordable Program.**

As part of the review, Wells Fargo Home Mortgage used a process to determine which option best matched your circumstances. Once we reviewed and approved you for this program, we stopped reviewing you for other options that were considered less of a match to your circumstances.

**You have the right to appeal this decision**
Carefully read over this letter, which states Wells Fargo Home Mortgage decision. If you believe the decision is incorrect and want to appeal the decision, you may submit your appeal request in writing or by phone.

If you choose to submit your appeal request in writing, we have enclosed an Appeal Request Form for your convenience. Or you can write a letter of your own that explains the reason you disagree with the decision.

**You can initiate an appeal in one of three ways:**
1. Fax your appeal request to 1-866-590-8910.

2. Mail your appeal request to:

Wells Fargo Home Mortgage
1000 Blue Gentian Road,
Suite 300 MAC X9999-01N
Eagan, MN 55121

3. Call 1-877-816-4914 and follow the prompts

If you choose to submit your appeal request in writing, by fax or mail – using the enclosed form or a letter of your own – please specify which of these two options applies to you.

Option A. I want to appeal the decision I received. I have enclosed additional information for your consideration, and/or I have no further information to provide. I understand Wells Fargo Home Mortgage will review the decision immediately based on the additional information I have provided (if applicable), or on the information they currently have.

Option B. I will be appealing the decision I received. I will submit additional information for your consideration at a later time. I understand that if Wells Fargo Home Mortgage does not receive my additional information by August 26, 2014, Wells Fargo Home Mortgage will immediately move forward with a review of the decision.

**Appeal request guidelines:**
- If you do not specify your intention for providing additional information, by selecting one of the two options above, we will follow the process described in Option B.
- If you are disputing the value of your property used in the decision, you must indicate the specific value you believe is more accurate.
- We must receive your appeal request, with any additional information (as applicable) by August 26, 2014.
- After an appeal is initiated, if you selected Option B and we do not receive your additional information by August 26, 2014, we will review the decision based on the information we have at that time
- You may have recently received a separate communication regarding another review we completed. Our decision regarding that review may also be appealable, subject to the timelines and guidelines here.
- Be sure to include your loan number on your appeal request and any additional information.
- If you choose to initiate your request by phone, make sure to have your loan number available and follow the phone prompts carefully.

Please note: After we receive your appeal request, you will receive a letter that confirms receipt of your request and outlines next steps in the appeal process. As your home preservation specialist, I remain available to assist you with any questions you may have about this letter, but you must initiate an appeal request in one of the ways listed above.

**Talk to me about your other options**
There may be other options available to help you avoid a foreclosure sale, provided you meet the requirements.

If the amount you owe on your mortgage is higher than what you think you can sell your house for, you may want to consider what is known as a "short sale." This option could allow you to list your home for sale, for an amount that is less than you owe.

During the short sale process, you'll need to submit documentation to us that we will evaluate. For example, a short sale requires a purchase contract. Once we receive a purchase contract Wells Fargo Home Mortgage will review the terms of the contract and obtain the appraised value of the property.

If you are interested in a short sale, contact me right away. I can help explain the short sale process, guidelines and your eligibility.

If you are unable to sell your home or find a short sale is not the right alternative to foreclosure for you, another option to consider might be a deed in lieu of foreclosure, sometimes referred to as a Mortgage Release. If you are interested in a deed in lieu of foreclosure, please contact me right away so we can determine your eligibility and coordinate an appraisal and inspection of your property.

Keep in mind, if you accept a deed in lieu of foreclosure, you must agree to vacate the property within an agreed upon time.

If you have any questions or if you cannot afford the trial period payments shown above please call us at 877-685-2354 Ext. 29331. (Also, please review the attached "Frequently Asked Questions").

Sincerely,

*DeLois Davis*

Home Preservation Specialist
877-685-2354 Ext. 29331
Wells Fargo Home Mortgage

**Get free counseling to help manage expenses and avoid foreclosure.** Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to keep up with monthly expenses, or want help to avoid foreclosure. At no cost, a counselor will work closely with you, providing the information and assistance you need. To find an agency near you, go to **www.hud.gov/offices/hsg/sfh/hcc/fc.** Or call 1-800-569-4287. You can also call the HOPE Hotline at 1-888-995-HOPE (4673).

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than Wells Fargo Home Mortgage.

Attachments: (1) Frequently Asked Questions; (2) Additional Trial Period Plan Information and Legal Notices; (3) Trial Period Plan Notice Payment coupons (4) Appeal Request Form

Wells Fargo Home Mortgage is a division of Wells Fargo Bank N.A. ©2014 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

The *Making Home Affordable Program* was created to help millions of homeowners refinance or modify their mortgages. As part of this program, we – your mortgage servicer – and the Federal Government are working to offer you options to help you stay in your home.

**FREQUENTLY ASKED QUESTIONS**   Get the answers you need to some of the most common questions.

**Q. What else should I know about this offer?**

- To accept this offer you must call no later than 14 days from the date listed at the top of this letter or send in your new payment by the due date, as listed above, instead of your normal monthly mortgage payment.
- You will not be charged any fees for this Trial Period Plan or a modification.
- If your loan is modified, we will waive all unpaid late charges.
- Your credit score may be adversely affected by accepting a Trial Period Plan. The impact of a modification on a credit score depends on the homeowner's entire credit profile. When you become past due on your mortgage payments, it's important to understand that the actions you take to correct the situation can affect your credit score. If you choose a loan modification, your credit score could be negatively impacted during the Trial Period Plan, but it may not be as impacted as an ongoing series of late payments or foreclosure. During that process, we are required to continue to report the delinquency status of your loan to the credit reporting agencies as "paying under a partial or modified payment agreement". When you are approved for a loan modification, the modification process is complete and is recorded on your credit report as "loan modified" as long as you make your modified payments on time. Keep in mind that the degree of impact to your credit score depends on your overall credit circumstances and is different for each individual. If your loan is involved in or has been released from the bankruptcy case, we would follow all state and federal requirements for credit reporting. For more information about your credit score, go to http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.
- You may be required to attend credit counseling.

**Q. Why is there a trial period?**

The trial period offers you immediate payment relief and gives you time to make sure you can manage the lower monthly mortgage payment. The trial period is temporary, and your existing loan and loan requirements remain in effect and unchanged during the trial period.

**Q. How was my new payment in the trial period determined?**

Your trial period payment is approximately 31% of your total monthly gross income, which we determined to be **$2,076.00** based on the income documentation you provided. If the loan is successfully modified, your new payment will also be based on 31% of your gross income. In addition, if your existing payment includes mortgage insurance premiums, this amount will also be added to your payment. If we were able to modify your loan today, we estimate your modified interest rate would be **2.000**%. Your final modified interest rate may be different.

The modified payment should be sufficient to pay the principal and interest as well as property taxes, insurance premiums and other permissible escrow fees based on our recent analysis of these costs. Your modified monthly payment may change if your property taxes and insurance premiums change. If you did not have an escrow account before, the timing of your tax and insurance bills may require that you make a payment to cover any such bills when they come due. This is known as an escrow shortage. Your loan has an escrow shortage of **$100.80**; this can either be paid in a lump sum when the loan is modified or over the next **60** months in an amount of **$1.68** per month in addition to your modified monthly mortgage payment. If you wish to pay the total shortage as a lump sum, please contact us at **877-685-2354 Ext. 29331**.

**Q. When will I know if my loan can be modified and how will the modified loan balance be determined?**

Once you make all of your trial period payments on time, we will send you a modification agreement detailing the terms of the modified loan. Any difference between the amount of the trial period payments and your regular mortgage payments will be added to the balance of your loan along with any other past due amounts

as permitted by your loan documents. While this will increase the total amount that you owe, it should not significantly change the amount of your modified mortgage payment as that is determined based on your total monthly gross income, not your loan balance.

**Q. Are there incentives that I may qualify for if I am current with my new payments?**

Once your loan is modified, you can earn a pay-for-success incentive for every month that you make on-time payments beginning with the trial period payments. Depending on your modified monthly payment, you may accrue up to $1,000.00 each year for five years for a maximum of $5,000.00. This important benefit, *which will be applied to your principal balance each year after the anniversary date of your first trial period payment due date,* will help you earn equity in your home by reducing the amount that you owe. However, you must remain current on your loan. You will lose this benefit if your modified loan loses good standing, which means that the equivalent of three full monthly payments are due and unpaid on the last day of any month, at any time during this five year period. If you lose this benefit, you will lose all accrued, unapplied incentive payments.

**Q. Will my interest rate and principal and interest payment be fixed after my loan is modified?**

Once your loan is modified, your interest rate and monthly principal and interest payment will be fixed for the life of your mortgage **unless** your initial modified interest rate is below current market interest rates. In that case, the below market interest rate will be fixed for five years. At the end of the fifth year, your interest rate may increase by 1% per year until it reaches a cap. The cap will equal the market rate of interest being charged by mortgage lenders on the day your modification agreement is prepared (the Freddie Mac Primary Mortgage Market Survey® rate for 30-year fixed-rate conforming mortgages). Once your interest rate reaches the cap, it will be fixed for the remaining life of your loan. Your new monthly payment will include an escrow for property taxes, hazard insurance and other escrowed expenses. If the cost of your homeowners insurance, property tax assessment or other escrowed expenses increases, your monthly payment will increase as well.

**Q. What if I have other questions about the Home Affordable Modification Program that cannot be answered by my mortgage servicer?**

Call the Homeowner's HOPE™ Hotline at **1-888-995-HOPE (4673).** This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.

**Q. What if I am aware of fraud, waste, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program?**

Please contact SIGTARP at 1.877.SIG.2009 (toll-free), 202.622.4559 (fax) or www.sigtarp.gov and provide them with your name, our name as your servicer, your property address, loan number and reason for escalation. Mail can be sent to: Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L Street NW, Washington, DC 20220.



**IMPORTANT PROGRAM INFO**    Here's additional information you need to know about the Home Affordable Modification Program.

**Additional Trial Period Plan Information and Legal Notices**

The terms of your Trial Period Plan below are effective on the day you make your first trial period payment, provided you have paid it on or before **October 1, 2014.** You and we agree that:

**We will not proceed to the foreclosure sale during the trial period, provided you are complying with the terms of the Trial Period Plan:**

---

**Trial Period Plan Notice**

Doctype 50023
83882MU 04/10 Rev. 01/14

- The servicer will hold the trial period payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. You also agree that the servicer will not pay your interest on the amounts held in the account. If any money is left in this account at the end of the Trial Period Plan, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.

**If your monthly payment did not include escrows for taxes and insurance, you are now required to do so:**

- You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked. You agree to establish an escrow account and to pay required escrows into that account.

**Your current loan documents remain in effect; however, you may make the trial period payment instead of the payment required under your loan documents:**

- You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the Trial Period Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.



## Important Information About Your Trial Period Plan

**Important escrow information:**

- If you are approved for and accept a trial payment plan under the Home Affordable Modification Program, you will be required to maintain or establish an escrow account to pay your future property taxes, and insurance premiums which will remain on your account for the life of the loan. Until then, please continue to pay any tax or insurance bills you have previously been responsible for paying.
- If delinquent property taxes or insurance premiums are discovered during our review of your financial situation, we will make those payments including all interest and penalties. We will then establish an escrow account or adjust your existing account for payment of past due and future amounts.
- Any insurance and/or tax item that is paid through homeowner's association dues will remain non-escrowed.

**Important payment information:**

- If your payments are being electronically withdrawn, whether by us or any other provider, it is your responsibility to have withdrawals stopped if and when it is appropriate, but this would most likely be when you move from your current payment to a trial period payment.
- If you need Wells Fargo Home Mortgage to cancel your withdrawals, please call us at 866-386-8519 (Monday-Friday 6:00 a.m. to 10:00 p.m. Central Time and Saturday 8:00 a.m. to 2:00 p.m.) at least 5 business days prior to the date you wish to have the withdrawals stopped.
- If you would like to use our one-time payment service process to make your trial period payments by phone, please contact us at 866-412-6942.

Note: You will receive a form to re-start automatic, on-going electronic withdrawals when your loan is formally modified at the end of your trial period.

**\*\*Please see payment coupons attached for your convenience\*\***



# Appeal Request Form

Carefully read over the letter that came with this form, which states Wells Fargo Home Mortgage's decision. If you believe our decision is incorrect and want to appeal the decision, we recommend you use this form to submit a written appeal.

**Important:**

- We must receive your written request for an appeal or a phone-initiated appeal request by **August 26, 2014**, or we will not move forward with a review of the decision. While not required, please provide any additional information (as applicable) that will help us look into your request.
- If you are disputing the value of your property used in the decision, you must indicate the specific value you believe is more accurate in your explanation below.

Please explain the reason you disagree with the decision.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Select and check the box that best applies to your request:**

**[ ] Option A.** I want to appeal the decision I received. I have enclosed additional information for your consideration, and/or I have no further information to provide. I understand Wells Fargo Home Mortgage will review the decision immediately based on the additional information I have provided (if applicable), or on the information they currently have.

**[ ] Option B.** I will be appealing the decision I received. I will submit additional information for your consideration at a later time. I understand that if Wells Fargo Home Mortgage does not receive my additional information by **August 26, 2014**, Wells Fargo Home Mortgage will immediately move forward with a review of the decision.

**Please note:** If you do not specify your intention for providing additional information by selecting one of these two options above, Wells Fargo Home Mortgage will follow the process described in Option B.

Be sure to include your loan number on any supporting documents.

CELSO CALLE and ZENAIDA CALLE
Loan number: ▮▮▮▮▮▮▮▮▮▮
Primary contact phone number:    _____
Other contact phone numbers:    _____
                                _____

Best day and time to call:    _____

## Mail your appeal request to:

> Wells Fargo Home Mortgage
> 1000 Blue Gentian Road
> Suite 300 MAC X9999-01N
> Eagan, MN 55121

## Or fax your appeal request to:

> 1-866-590-8910

Wells Fargo Home Mortgage is a division of Wells Fargo Bank N.A. ©2014 Wells Fargo Bank N.A. All rights reserved. NMLSR ID 399801

**CELSO CALLE and ZENAIDA CALLE**
**10933 WEST OKEECHOBEE ROAD 101**
**Hialeah, FL  33018**

Loan Number: ▮▮▮▮▮▮▮

Payment Amount Due: $544.78
Payment Due Date: October 1, 2014

Wells Fargo Home Mortgage
Suite L-2-200
1200 West 7th Street
Los Angeles, CA  90017

---

**CELSO CALLE and ZENAIDA CALLE**
**10933 WEST OKEECHOBEE ROAD 101**
**Hialeah, FL  33018**

Loan Number: ▮▮▮▮▮▮▮

Payment Amount Due: $544.78
Payment Due Date: November 1, 2014

Wells Fargo Home Mortgage
Suite L-2-200
1200 West 7th Street
Los Angeles, CA  90017

---

**CELSO CALLE and ZENAIDA CALLE**
**10933 WEST OKEECHOBEE ROAD 101**
**Hialeah, FL  33018**

Loan Number: ▮▮▮▮▮▮▮

Payment Amount Due: $544.78
Payment Due Date: December 1, 2014

Wells Fargo Home Mortgage
Suite L-2-200
1200 West 7th Street
Los Angeles, CA  90017

