UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
Celso and Zenaida Calle                          Case No. 14-19195-AJC

    Debtors                                      Chapter 13
_____/

# MOTION TO APPROVE LOAN MODIFICATION

**COMES NOW**, the Debtors, Celso and Zenaida Calle, (hereinafter referred to as "Debtors") by and through undersigned counsel and files this Motion to Approve Loan Modification and as grounds therefore states the following:

1. The debtors filed the instant case on April 23, 2014.

2. Wells Fargo Home Mortgage is a secured creditor by virtue of a promissory note and mortgage on a real property located at: 10933 West Okeechobee Road, Unit 101, Hialeah, FL 33018.

3. Wells Fargo Home Mortgage has offered the debtors a modification proposal a copy of which is attached hereto as Exhibit "A".

4. Wells Fargo Home Mortgage and the debtors have agreed to the terms set forth in the proposed modification proposal and seek approval of the Court and the entry of an Order authorizing the parties to enter into a modification agreement.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33013
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161

1