

ORDERED in the Southern District of Florida on February 25, 2015.

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                           Case No. 14-19195-AJC
Celso and Zenaida Calle                                          Chapter 13

_____Debtors_____/

### ORDER GRANTING DEBTORS' MOTION TO APPROVE LOAN MODIFICATION

THIS CAUSE came to be heard on February 24, 2015 at 9:00 AM upon the Debtors' Motion to Approve Loan Modification (the "Motion") (D.E. # 36). There being no objections, based on the record it is,

**ORDERED**:

1. The Motion is granted.

2. The debtors are allowed to enter into the modification agreement with Wells Fargo Home Mortgage.

3. The modification agreement is approved.

# # #

Robert Sanchez, Esq. is directed to serve copies of this order on all interested parties and file a certificate of service with the Clerk of the Court.