UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                Case No. 14-19195-AJC
    Celso Calle
    Zenaida Calle
        Debtor(s).                                              Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtors, by and through their undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On April 23, 2014 the instant case was filed.

2. On July 18, 2014 Debtors' First Amended Chapter 13 plan was confirmed.

3. In the confirmed plan, the Debtors were participating in this Court's MMM Program.

4. Debtors fully executed a loan modification that was approved by this Court on November 29, 2016.

5. Also, the claims bar date has now passed for all creditors to file a timely proof of claim.

6. The Debtors wish to pay 100% of all timely filed and allowed unsecured claims.

7. Debtors wish to modify their plan to provide for the new modified loan agreement payment outside the bankruptcy plan and direct to the lender as well as pay 100% of all timely filed and allowed unsecured claims through their bankruptcy plan.

WHEREFORE, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtors' First Modified Plan.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent via ecf to Nancy K. Neidich, Trustee and U.S. Mail on November 30, 2016: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez
    Robert Sanchez, Esq., FBN#0442161