# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### FIRST MODIFIED PLAN

DEBTOR: Celso Calle          JOINT DEBTOR: Zenaida Calle          CASE NO.: 14-19195-AJC
Last Four Digits of SS# 1977          Last Four Digits of SS# 0613

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 530.99    for months  1 to  31; in order to pay the following creditors:
    B.    $ 101.82    for months  32 to  60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650+$1800 (LMM) + $525 (Motion to Modify)  = $5975
    TOTAL PAID $  1300  Balance Due $ 4,675
    payable $ 83.00/month  (Months  1 to  31); payable $ 91.39/month  (Months 32 to  54).

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Wells Fargo Home Mortgage
Address: POB 14411                                   Lmm Payment     $ 433.00/month (Months  1 to  31)
Des Moines, IA 50306-3411
Account No:  0207325531

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | None | N/a | N/a | N/a | None |

Priority Creditors: [as defined in 11 U.S.C. §507]

1.None                    Total Due  $_____
    Payable     $_____/month  (Months____to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 0.00/month (Months 1 to  31); Pay $ 0.25/month (Months  32 to  54); Pay $ 91.64/month(Months  55 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Garden Villas Condominium and will continue to pay said creditor directly outside the plan. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims. **"The Debtor has filed a Verified Motion for Referral to LMM with Wells Fargo Home Mortgage("Lender"), loan number 0207325531, for real property located at 10933 West Okeechobee Road, #101, Hialeah Gardens, FL 33018. The Debtors were granted a final modification agreement approved by court order. The Debtors wish to pay the modified mortgage outside the bankruptcy and directly to the creditor.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/ Robert Sanchez, Esq.                              /s/ Robert Sanchez, Esq.
Attorney for the Debtor                                    Attorney for the Joint Debtor
Date: 11/30/2016                                             Date: 11/30/2016

LF-31 (rev. 01/08/10)